# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE USE OF A CELL-SITE SIMULATOR TO LOCATE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 603-688-5887 | )<br>)<br>)  Case No. 1:24-mj-205-01-TSM<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A.

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Distribution of controlled substances and possession with intent to distribute |
| 21 USC § 843(b) | Use of a communication facility in the commission of narcotics trafficking |
| 21 USC § 846 | Conspiracy to distribute controlled substances |

The application is based on these facts:
See affidavit in support of search warrant. To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order. I, Assistant United States Attorney Charles L. Rombeu thus certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by the DEA. See 18 U.S.C. §§ 3122(b), 3123(b).

☑ Continued on the attached sheet.

☑ Delayed notice of  30  days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/Charles L. Rombeau

/s/ David H. McGuckin

*Applicant's signature*

Special Agent David H. McGuckin, DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  telephone  *(specify reliable electronic means)*.

*Judge's signature*

Date:  Aug 21, 2024

City and state:  Concord, New Hampshire          Hon. Talesha Saint-Marc, U.S. Magistrate Judge

*Printed name and title*