UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE TELEPHONE ASSIGNED CALL NUMBER 603-688-5887 | Case No. 24-mj-205-01-TSM |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal this entire matter including the search warrant application, supporting affidavit, search warrant, this motion, any rulings and all related paperwork and corresponding docket entries.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: November 12, 2024

By: /s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney